S. LANE TUCKER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSIE RENE HARVEY, KATIE MCALLISTAR BROCK, CANDICE MELISSA LANDI, EVE MAREE PITTS, and DESIREE FLORENTINA OSBURN,<br><br>　　　　　　Defendants. | No.　3:24-cr-00110-SLG-KFR<br><br>COUNT 1<br>BANK FRAUD CONSPIRACY<br>　Vio. of 18 U.S.C. §§ 1344(2) and 1349<br><br>COUNTS 2-21<br>BANK FRAUD<br>　Vio. of 18 U.S.C. § 1344(2)<br><br>COUNTS 22-41<br>AGGRAVATED IDENTITY THEFT<br>　Vio. of 18 U.S.C. § 1028A(a)(1)<br><br>CRIMINAL FORFEITURE ALLEGATION<br>18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

　　The Grand Jury charges that:

## GENERAL ALLEGATIONS

1. At all times relevant to this Indictment:

    a. Financial Institutions 1-3 were federally-insured and accredited credit unions, and Financial Institutions 4-5 were federally-insured banks. All offered retail banking services to their respective members and customers and each was a "financial institution" as defined by 18 U.S.C. § 20.

    b. Victims 1-6 maintained accounts with Financial Institution 1, and entrusted moneys to its custody and control.

    c. Victim 7 maintained an account with Financial Institution 2, and entrusted moneys to its custody and control.

    d. Victims 8-10 maintained accounts with Financial Institution 3, and entrusted moneys to its custody and control.

    e. Victims 11-13 maintained accounts with Financial Institution 4, and entrusted moneys to its custody and control.

    f. Victim 14 maintained an account with Financial Institution 5, and entrusted moneys to its custody and control.

    g. Notary Victim 1 was a notary public in good standing with the state of Alaska, and was issued a notary stamp.

2. In April 2018, Notary Victim 1 worked at a preschool and daycare. She maintained her notary stamp in a safe on these premises. On or about April 22, 2018, a burglar cut the power to the daycare, broke in, opened the safe, and stole property, including Notary Victim 1's notary stamp.

## THE FRAUDULENT SCHEME

3. The defendants obtained Notary Victim 1's notary stamp. Having done so, they began acquiring personal information from other victims, including through stolen mail, to identify financial institutions where the victims held accounts.

4. After identifying a suitable victim, the defendants created and caused to be created a fraudulent power of attorney in the name of the victim purportedly authorizing a withdrawal from the account by one of the defendants or their associates. The defendants then used Notary Victim 1's notary stamp to notarize the power of attorney, and forged Notary Victim 1's signature.

5. After completing the power of attorney, the chosen accomplice traveled to the financial institution and used the power of attorney to attempt to withdraw funds from the victim's account.

## COUNT 1

6. Paragraphs 1-5 of this indictment are realleged and incorporated as though set forth herein.

7. Beginning at a precise date unknown to the Grand Jury, but no later than about September 20, 2021, and continuing until at least June 5, 2023, within the District of Alaska, the defendants, JOSIE RENE HARVEY, KATIE MCALLISTAR BROCK, CANDICE MELISSA LANDI, EVE MAREE PITTS and DESIREE FLORENTINA OSBURN, knowingly and intentionally combined, conspired, confederated and agreed together with each other and with other persons known and unknown to the Grand Jury to knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds,

credits, assets, securities, and other property owned by and under the custody or control of Financial Institutions 1-4 by means of materially false and fraudulent pretenses, representations, and promises.

8. All of which is in violation of 18 U.S.C. §§ 1344(2) and 1349.

9. It is further alleged that:

    a. The defendant JOSIE RENE HARVEY joined the conspiracy no later than September 20, 2021.

    b. The defendant KATIE MCALLISTAR BROCK joined the conspiracy no later than September 21, 2021.

    c. The defendant CANDICE MELISSA LANDI joined the conspiracy no later than January 28, 2023.

    d. The defendant EVE MARIE PITTS joined the conspiracy no later than February 15, 2023.

    e. The defendant DESIREE FLORENTINA OSBURN joined the conspiracy no later than February 27, 2023.

## COUNTS 2 and 3

10. Paragraphs 1-5 of this indictment are realleged and incorporated as though set forth herein.

11. On or about September 20, 2021, the defendant JOSIE RENE HARVEY knowingly executed and attempted to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody or control of a

financial institution by means of materially false and fraudulent pretenses, representations, and promises, as reflected in the following table:

| Count | Date | Institutional Victim | Account Holder |
|---|---|---|---|
| 2 | September 20, 2021 | Financial Institution 1 | Victim 1 |
| 3 | September 20, 2021 | Financial Institution 1 | Victim 1 |

12. All of which is in violation of 18 U.S.C. § 1344(2).

## COUNTS 4-7

13. Paragraphs 1-5 of this indictment are realleged and incorporated as though set forth herein.

14. On or about the following dates, within the District of Alaska, the defendants JOSIE RENE HARVEY and KATIE MCALLISTAR BROCK knowingly executed and attempted to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody or control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises, as reflected in the following table:

| Count | Date | Institutional Victim | Account Holder |
|---|---|---|---|
| 4 | September 21, 2021 | Financial Institution 1 | Victim 1 |
| 5 | November 9, 2022 | Financial Institution 1 | Victim 4 |
| 6 | November 12, 2022 | Financial Institution 1 | Victim 4 |
| 7 | November 30, 2022 | Financial Institution 5 | Victim 13 |

15. All of which is in violation of 18 U.S.C. § 1344(2).

## COUNT 8

16. Paragraphs 1-5 of this indictment are realleged and incorporated as though set forth herein.

17. On or about January 28, 2023, within the District of Alaska, the defendants JOSIE RENE HARVEY, KATIE MCALLISTAR BROCK, and CANDICE MELISSA LANDI knowingly executed and attempted to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody or control of a Financial Institution in an account associated with Victim 6 by means of materially false and fraudulent pretenses, representations, and promises.

18. All of which is in violation of 18 U.S.C. § 1344(2).

## COUNTS 12 and 13

19. Paragraphs 1-5 of this indictment are realleged and incorporated as though set forth herein.

20. On or about the following dates, within the District of Alaska, the defendants JOSIE RENE HARVEY, KATIE MCALLISTAR BROCK, CANDICE MELISSA LANDI, and EVE MAREE PITTS knowingly executed and attempted to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody or control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises, as reflected in the following table:

| Count | Date | Institutional Victim | Account Holder |
|---|---|---|---|
| 9 | February 2, 2023 | Financial Institution 4 | Victim 11 |
| 10 | February 2, 2023 | Financial Institution 4 | Victim 13 |
| 11 | February 5, 2023 | Financial Institution 1 | Victim 5 |
| 12 | February 15, 2023 | Financial Institution 3 | Victim 10 |
| 13 | February 15, 2023 | Financial Institution 3 | Victim 10 |

21. All of which is in violation of 18 U.S.C. § 1344(2).

COUNTS 14-21

22. Paragraphs 1-5 of this indictment are realleged and incorporated as though set forth herein.

23. On or about the following dates, within the District of Alaska, the defendants JOSIE RENE HARVEY, KATIE MCALLISTAR BROCK, CANDICE MELISSA LANDI, EVE MAREE PITTS, and DESIREE FLORENTINA OSBURN knowingly executed and attempted to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody or control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises, as reflected in the following table:

| Count | Date | Institutional Victim | Account Holder |
|---|---|---|---|
| 14 | February 27, 2023 | Financial Institution 4 | Victim 12 |
| 15 | February 28, 2023 | Financial Institution 4 | Victim 12 |
| 16 | February 28, 2023 | Financial Institution 4 | Victim 12 |
| 17 | March 3, 2023 | Financial Institution 2 | Victim 7 |
| 18 | March 11, 2023 | Financial Institution 1 | Victim 3 |
| 19 | March 16, 2023 | Financial Institution 3 | Victim 8 |
| 20 | March 20, 2023 | Financial Institution 1 | Victim 9 |
| 21 | March 22, 2023 | Financial Institution 1 | Victim 2 |

24. All of which is in violation of 18 U.S.C. § 1344(2).

COUNTS 22-41

25. Paragraphs 1-24 of this indictment are realleged and incorporated as though set forth herein.

26. On or about the following dates, within the District of Alaska, the defendants listed herein knowingly possessed and used, without lawful authority, a means identification of Notary Victim 1, to wit: her name, signature, and notary stamp, during and in relation to

the felony offenses charged in the respective counts of this Indictment, as set forth on the following table:

| Count | Date | Associated Felony | Charged Defendants |
|---|---|---|---|
| 22 | September 20, 2021 | Count 2 | JOSIE RENE HARVEY |
| 23 | September 20, 2021 | Count 3 | JOSIE RENE HARVEY |
| 24 | September 21, 2021 | Count 4 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK |
| 25 | November 9, 2022 | Count 5 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK |
| 26 | November 12, 2022 | Count 6 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK |
| 27 | November 30, 2022 | Count 7 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK |
| 28 | January 28, 2023 | Count 8 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI |
| 29 | February 2, 2023 | Count 9 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS |
| 30 | February 2, 2023 | Count 10 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS |
| 31 | February 5, 2023 | Count 11 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS |
| 32 | February 15, 2023 | Count 12 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS |
| 33 | February 15, 2023 | Count 13 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS |

| 34 | February 27, 2023 | Count 14 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS<br>DESIREE FLORENTINA OSBURN |
| --- | --- | --- | --- |
| 35 | February 28, 2023 | Count 15 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS<br>DESIREE FLORENTINA OSBURN |
| 36 | February 28, 2023 | Count 16 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS<br>DESIREE FLORENTINA OSBURN |
| 37 | March 3, 2023 | Count 17 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS<br>DESIREE FLORENTINA OSBURN |
| 38 | March 11, 2023 | Count 18 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS<br>DESIREE FLORENTINA OSBURN |
| 39 | March 16, 2023 | Count 19 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS<br>DESIREE FLORENTINA OSBURN |
| 40 | March 20, 2023 | Count 20 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS<br>DESIREE FLORENTINA OSBURN |
| 41 | March 22, 2023 | Count 21 | JOSIE RENE HARVEY<br>KATIE MCALLISTAR BROCK<br>CANDICE MELISSA LANDI<br>EVE MAREE PITTS<br>DESIREE FLORENTINA OSBURN |

27. All of which is in violation of 18 U.S.C. § 1028A(a)(1).

# CRIMINAL FORFEITURE ALLEGATION

28. The allegations contained in Counts 1-20 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

29. Upon conviction for the offenses in violation of 18 U.S.C. §§ 1344 and 1349 set forth in Counts 1-20 of this Indictment, the defendants, JOSIE RENE HARVEY, KATIE MCALLISTAR BROCK, CANDICE MELISSA LANDI, EVE MAREE PITTS, and DESIREE FLORENTINA OSBURN shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting, or derived from, proceeds the person obtained directly or indirectly as the result of such violation, and any property traceable to such property, and any property, real or personal, that constitutes or is derived from any proceeds traceable to violations.

30. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to a money judgment or forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney

DATE: 10/16/24